# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 6D2025-0853
Lower Tribunal No. 2024-SC-006693

_____

RONALD EDWARD BARKER,

Appellant,

v.

LUIS DANIEL RODRIGUEZ,

Appellee.

_____

Appeal from the County Court for Lee County.
Lindsay S. Garza, Judge.

November 26, 2025

PER CURIAM.

AFFIRMED. *See* Fla. R. App. P. 9.315(a).

STARGEL, NARDELLA and BROWNLEE, JJ., concur.


Ronald Edward Barker, Cape Coral, pro se.

No Appearance from Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF FILED